## Grossman's Estate (No. 2).

PER CURIAM, January 4, 1919:

It is agreed by counsel that the questions here involved are the same as in 12, October Term, 1918, between the same parties, and that a like decree must follow in each case.   The decree is affirmed for the reasons stated in the opinion of the Superior Court in the earlier case.